UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case: 1:21−mc−00095
Assigned To : Nichols, Carl J.
Assign. Date : 7/7/2021
Description: Misc.

| | |
|---|---|
| **In the Matter of**<br>**CERTAIN TELEVISIONS, REMOTE CONTROLS, AND COMPONENTS THEREOF**<br><br>**Roku, Inc.**<br>**1155 Coleman Avenue**<br>**San Jose, CA 95111,**<br>          **Complainant**<br><br>**v.**<br><br>**Universal Electronics Inc.**<br>**15147 N. Scottsdale Road**<br>**Suite H300**<br>**Scottsdale, Arizona 85254**<br>          **Respondent** | Civ. Action No. Misc. _____<br><br>**(On Application from the U.S. International Trade Commission, Investigation No. 337-TA-1263)** |

**EXPEDITED MOTION OF PETITIONER
UNIVERSAL ELECTRONICS, INC. FOR THE ISSUANCE OF A
LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE**

Petitioner Universal Electronics Inc. ("UEI"), Respondent in *Certain Televisions, Remote Controls, and Components Thereof*, Inv. No. 337-TA-1263 ("the Investigation") before the U.S. International Trade Commission ("ITC"), hereby moves the Court to issue, under its seal and signature, the attached Letter of Request to the Supreme Court of Singapore. The Letter seeks documents and deposition testimony from Home Control Singapore Pte. Ltd. D/B/A Omni Remotes, based in Singapore.[1] The evidence sought by UEI is highly relevant to the Investigation and unobtainable by other means.

---

[1] The business address of Home Control Singapore Pte. Ltd. d/b/a Omni Remotes is 620A Lorong 1, Toa Payoh, Singapore 319762.

Administrative Law Judge MaryJoan McNamara, who presides over the Investigation, has issued findings that the Letter of Request seeks evidence relevant to the Investigation, is reasonably limited, and is timely to the Investigation. Based on these findings, Administrative Law Judge McNamara recommends that the Court issue the Letter of Request. Additionally, due to statutory time limitations on ITC investigations, these requests are often granted expedited treatment and UEI respectfully requests that the Court expedite the issuance of the Letter. *See, e.g., Netlist, Inc. v. SK hynix Inc. et. al*., No. 16-mc-02563, Dkt. No. 9 (Dec. 28, 2016) (granting expedited treatment for request for issuance of letters rogatory arising from ITC investigation).

For these reasons, as explained in more detail in the accompanying memorandum, UEI respectfully requests that the Court assign a Judge to this matter and issue the attached Letter of Request as soon as the Court deems appropriate.

**Rule LCvR 7(m) Certificate**

Petitioner has discussed this Motion in good faith with Complainant prior to the filing thereof. The Complainant in the Investigation does not oppose this Motion.

Dated: July 7, 2021

Respectfully Submitted,

M. Scott Stevens
(DC BAR No. 488398)
**ALSTON & BIRD LLP**
950 F Street, N.W.
Washington, DC 20004
Telephone: (202) 239-3634
Facsimile: (202) 239-3333

*Counsel for Petitioner (Respondent)
Universal Electronics Inc.*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case: 1:21−mc−00095
Assigned To : Nichols, Carl J.
Assign. Date : 7/7/2021
Description: Misc.

| | |
|---|---|
| In the Matter of<br>**CERTAIN TELEVISIONS, REMOTE CONTROLS, AND COMPONENTS THEREOF**<br><br>**Roku, Inc.**<br>1155 Coleman Avenue<br>San Jose, CA 95111,<br>  Complainant<br><br>v.<br><br>**Universal Electronics Inc.**<br>15147 N. Scottsdale Road<br>Suite H300<br>Scottsdale, Arizona 85254<br>  Respondent | Civ. Action No. Misc. _____<br><br>**(On Application from the U.S. International Trade Commission, Investigation No. 337-TA-1263)** |

**MEMORANDUM OF LAW IN SUPPORT OF PETITIONER UNIVERSAL ELECTRONICS, INC.'S EXPEDITED MOTION SEEKING THE ISSUANCE OF A LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE**

Petitioner Universal Electronics Inc. ("UEI"), Respondent in *Certain Televisions, Remote Controls, and Components Thereof*, Inv. No. 337-TA-1263 ("the Investigation") before the U.S. International Trade Commission ("ITC"), hereby submits this memorandum in support of its expedited motion for the Court to issue, under its seal and signature, the Letter of Request to the Supreme Court of Singapore.

Administrative Law Judge MaryJoan McNamara, who presides over the Investigation, has issued findings that the Letter of Request seeks evidence relevant to the Investigation, is reasonably limited, and is timely to the Investigation.[1] *See* Appendix A at 1–2. Additionally, due to statutory

---

[1] UEI has conferred with Complainant Roku, Inc. and Roku does not oppose this motion.

time limitations on ITC investigations, these requests are often granted expedited treatment and UEI respectfully requests that the Court expedite the issuance of the Letter. *See, e.g., Netlist, Inc. v. SK hynix Inc. et. al.*, No. 16-mc-02563, Dkt. No. 9 (Dec. 28, 2016) (granting expedited treatment for request for issuance of letters rogatory arising from ITC investigation).

The Letter of Request to Home Control Singapore Pte. Ltd. D/B/A Omni Remotes ("Omni") (Appendix B) solicits the assistance of the Supreme Court of Singapore to obtain certain documents and deposition testimony relevant to this Investigation, and unobtainable through other means from Omni, for use at the hearing in the Investigation.

For these reasons, as discussed in more detail below, UEI respectfully requests that the Court issue the Letter of Request as soon as the Court deems appropriate.

I.     **The District Court Has the Authority to Issue a Letter of Request.**

The Hague Evidence Convention states, in relevant part, that "[i]n civil or commercial matters a judicial authority of a Contracting State may, in accordance with the provisions of the law of that State, request the competent authority of another Contracting State, by means of a Letter of Request, to obtain evidence, or to perform some other judicial act." Hague Conference on Private International Law of March 18, 1970 on the Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, art. 1, Oct. 7, 1972, U.N.T.S. 37/1976 ("the Hague Evidence Convention").[2] The Hague Evidence Convention entered into force with respect to the United States and the Republic of Singapore on December 26, 1978. *See Status Table on the*

---

[2] *Available at* https://assets.hcch.net/docs/dfed98c0-6749-42d2-a9be-3d41597734f1.pdf (last visited June 16, 2021).

2

*Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters*, HAGUE CONFERENCE ON PRIVATE INTERNATIONAL LAW.[3]

The United States District Court for the District of Columbia is a "judicial authority" of the United States and may request the competent authority of Singapore, by means of a Letter of Request, to obtain evidence related to this Investigation. Hague Evidence Convention, art. 1; s*ee also* 28 U.S.C. § 1781(b)(2) (allowing "the transmittal of a letter rogatory or request directly from a tribunal in the United States to the foreign or international tribunal, officer, or agency to whom it is addressed and its return in the same manner").

The Supreme Court of Singapore, under the Hague Evidence Convention, has a compulsory process to enable UEI to gather evidence within the country. Evidence can be compelled by a Letter of Request transmitted from a court in the United States to the Supreme Court of Singapore.

**II.     UEI's Letter of Request Seeks Relevant Evidence.**

The information sought in the document requests and deposition topics is highly relevant to UEI's invalidity positions in the Investigation. These requests are narrowly tailored to elicit information relating to U.S. Patent Nos. 7,388,511 and 8,378,875 (collectively the "Asserted Patents") only available from Omni.

More particularly, the information UEI seeks from Omni relates to UEI seeks from Omni relates to inventorship, prosecution of the applications that led to the asserted patents, and the transfer of ownership and assignment of the asserted patents. The scope of inquiry is reasonable because the requested materials are important to the Investigation, directed to specific elements of

---

[3] *Available at* https://www.hcch.net/en/instruments/conventions/status-table/?cid=82 (last visited June 16, 2021).

3

the Investigation, and unlikely to be in the possession, custody, or control of other persons or entities. UEI previously requested and obtained a subpoena for documents and deposition testimony from third party Premium Home Control Solutions, LLC (D/B/A Omni Remotes) ("Premium Home Control") on May 24, 2021. Premium Home Control identified Home Control Singapore Pte. Ltd. D/B/A Omni Remotes ("Omni") as the corporate entity that would likely have the requested documents and knowledge. Accordingly, UEI believes that Omni is in possession of documents relevant to the Investigation.

### III. UEI Needs the Letter of Request to Obtain the Relevant Evidence.

UEI is unable to obtain the requested documents and deposition testimony through a different means because the relevant documents and knowledgeable witnesses are located in the Singapore, beyond the ITC's subpoena powers. Moreover, Singapore only permits depositions taken pursuant to letters of request submitted directly to the Supreme Court of Singapore for the Convention.[4] As a result, UEI's only manner of obtaining technical evidence regarding its invalidity positions is through the Letter of Request. Without obtaining these documents and deposition testimony, UEI would be prejudiced in the Investigation.

For the foregoing reasons, UEI respectfully requests that the Court issue the attached Letter of Request as soon as it deems appropriate. Should the Court issue the letter, UEI will promptly transmit it to the Supreme Court of Singapore, for enforcement in a court in Singapore.

---

[4] *Available at* https://travel.state.gov/content/travel/en/legal/Judicial-Assistance-Country-Information/Singapore.html (last visited June 16, 2021).

4

| | |
|---|---|
| Dated: July 7, 2021 | Respectfully Submitted, |

*[signature]*

M. Scott Stevens
(DC BAR No. 488398)
**ALSTON & BIRD LLP**
950 F Street, N.W.
Washington, DC 20004
Telephone: (202) 239-3634
Facsimile: (202) 239-3333
*Counsel for Petitioner (Respondent)Universal Electronics Inc.*

## APPENDIX OF ATTACHMENTS

| Exhibit A | Order Granting Respondent UEI's Motion Seeking Recommendation to the District Court for the District of Columbia to Issue a Letter of Request |
| --- | --- |
| Appendix A | Recommendation for Issuance of Letter of Request for Home Control Singapore Pte. Ltd. D/B/A Omni Remotes |
| Appendix B | Letter of Request to Home Control Singapore Pte. Ltd. D/B/A Omni Remotes, with Attachments A–F (Attachment A, Documents or Other Property to be Produced by Home Control Singapore Pte. Ltd D/B/A Omni Remotes; Attachment B, Topics for the Deposition of Home Control Singapore Pte. Ltd. D/B/A Omni Remotes; Attachment C, Protective Order; Attachment D, Ground Rules; Attachment E, Complaint; Attachment F, Subpoenas Issued to Premium Home Control, LLC D/B/A Omni Remotes |