# EXHIBIT A

UNITED STATES INTERNATIONAL TRADE COMMISSION

Washington, D.C.

| | |
|---|---|
| In the Matter of<br><br>**CERTAIN TELEVISIONS, REMOTE CONTROLS, AND COMPONENTS THEREOF** | **Inv. No. 337-TA-1263** |

**ORDER NO. 8:** GRANTING RESPONDENT UEI'S UNOPPOSED MOTION SEEKING RECOMMENDATION TO THE DISTRICT COURT FOR THE DISTRICT OF COLUMBIA TO ISSUE A LETTER OF REQUEST [MOTION DOCKET NO. 1263-003]

(July 2, 2021)

On June 24, 2021, Respondent Universal Electronics Inc. ("UEI") filed a motion ("Motion") requesting that I recommend that the U.S. District Court for the District of Columbia issue A Letter of Request ("Recommendation") pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters ("Hague Convention") on behalf of UEI to obtain documents and deposition testimony from the following foreign third-party:

> Home Control Singapore Pte. Ltd. D/B/A Omni Remotes
> 620A Lorong 1
> Toa Payoh, Singapore 319762

(Motion Docket No. 1263-003; Mot. at 1.).

Complainant Roku, Inc. ("Roku") does not oppose UEI's Motion. (*Id*. at 2.).

There being no opposition, UEI' Motion, Motion Docket No. 1263-003, is hereby *granted*. The Recommendation is attached to this Order as Appendix A. The Letter of Request is attached to this Order as Appendix B.

**SO ORDERED.**

MaryJoan McNamara
Administrative Law Judge

Page **1** of **1**