# APPENDIX A

**UNITED STATES INTERNATIONAL TRADE COMMISSION**
**WASHINGTON, D.C.**

**Before the Honorable MaryJoan McNamara**
**Administrative Law Judge**

| | |
|---|---|
| In the Matter of<br><br>**CERTAIN TELEVISIONS, REMOTE CONTROLS, AND COMPONENTS THEREOF** | **Investigation No. 337-TA-1263** |

**RECOMMENDATION TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA TO ISSUE A LETTER OF REQUEST PURSUANT TO THE HAGUE CONVENTION FOR INTERNATIONAL JUDICIAL ASSISTANCE IN PROCURING EVIDENCE FROM**
**HOME CONTROL SINGAPORE PTE. LTD. D/B/A OMNI REMOTES**

The undersigned Administrative Law Judge finds that the evidence Respondent Universal Electronics Inc. ("UEI") seeks pursuant to the Letter of Request Pursuant to the Hague Convention for International Judicial Assistance ("Letter of Request") is reasonably necessary to investigate fully the ownership of U.S. Patent Nos. 8,378,875 and 7,388,511 ("the Asserted Patents") and UEI's invalidity positions. Accordingly, the undersigned recommends that the United States District Court for the District of Columbia issue, under its seal and signature, the attached Letter of Request to the Supreme Court of Singapore ("Recommendation").

A Letter of Request is the appropriate method of gathering the necessary requested evidence outside the United States. Respondents must transmit their Letter of Request with a United States District Court Judge's signature and the District Court's seal to the Supreme Court of Singapore.

Respondents' proposed Letter of Request solicits international assistance in obtaining relevant information abroad and meets the standards set forth by the Hague Convention.

In order to comply with the statutory time limitations on International Trade Commission investigation, the undersigned respectfully requests that the Court assign a judge and expedite the issuance of the Letter of Request.

For the Federal District Court's convenience, a draft of the proposed Letter of Request is attached to this Recommendation.

Respectfully submitted this 2nd day of July, 2021

MaryJoan McNamara
Administrative Law Judge

Address for Return of Issued Letter of Request:
Adam Swain
ALSTON & BIRD LLP
950 F Street, N.W.
Washington, DC 20004
Tel. +1 (202) 239-3300
United States of America