# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In the Matter of**<br>**CERTAIN TELEVISIONS, REMOTE CONTROLS, AND COMPONENTS THEREOF**<br><br>**Roku, Inc.**<br>**1155 Coleman Avenue**<br>**San Jose, CA 95111,**<br>          **Complainant**<br><br>v.<br><br>**Universal Electronics Inc.**<br>**15147 N. Scottsdale Road**<br>**Suite H300**<br>**Scottsdale, Arizona 85254**<br>          **Respondent** | Civ. Action No. Misc. _____<br><br>**(On Application from the U.S. International Trade Commission, Investigation No. 337-TA-1263)** |

## ORDER: GRANTING EXPEDITED MOTION OF PETITIONER UNIVERSAL ELECTRONICS, INC. FOR THE ISSUANCE OF A LETTER OF REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE

On July 7, 2021, Petitioner Universal Electronics Inc ("UEI") filed a motion seeking issuance of a Letter of Request by this Court on behalf of UEI to obtain documents and deposition testimony from the following foreign third party:

> Home Control Singapore Pte. Ltd. D/B/A Omni Remotes
> 620A Lorong 1
> Toa Payoh, Singapore 319762

The motion is hereby **GRANTED**. The signed and sealed Letter of Request to the Supreme Court of Singapore is attached to this order. UEI stated that it will transmit this Order, along with the Letter of Request, to the Supreme Court of Singapore for enforcement.

**SO ORDERED THIS \_\_\_\_ DAY OF _____, 2021**

_____
United States District Court Judge
U.S. District Court for the District of Columbia


cc: Service to:

| | |
|---|---|
| The Honorable Lisa R. Barton<br>Secretary to the Commission<br>U.S. International Trade Commission<br>500 E Street, SW, Room 112<br>Washington, DC 20436 | VIA FIRST CLASS MAIL |
| The Honorable MaryJoan McNamara<br>Administrative Law Judge<br>U.S. International Trade Commission<br>500 E Street, SW, Room 317-E<br>Washington, DC 20436 | VIA ELECTRONIC MAIL<br><br>McNamara337@usitc.gov<br>Ryan.Glanzer@usitc.gov |
| Adam D. Swain<br>ALSTON & BIRD LLP<br>The Atlantic Building<br>950 F Street, NW<br>Washington, DC 20004 | VIA ELECTRONIC MAIL<br><br>UEI1263-ITC@alston.com |
| Jonathan D. Baker<br>DICKINSON WRIGHT PLLC<br>800 West California Ave, Suite 110<br>Sunnyvale, CA 95086 | VIA ELECTRONIC MAIL<br><br>roku-uei-itc@dickinson-wright.com |
| James J. Lukas, Jr. Esq.<br>GREENBERG TAURIG LLP<br>77 West Wacker Drive, Suite 3100<br>Chicago, IL 60601 | VIA ELECTRONIC MAIL<br><br>lukasj@gtlaw.com |
| Richard A. Edlin, Esq.<br>GREENBERG TAURIG LLP<br>MetLife Building<br>200 Park Avenue<br>New York, NY 10166 | VIA ELECTRONIC MAIL<br><br>edlinr@gtlaw.com |

Richard L. Brophy, Esq.                  VIA ELECTRONIC MAIL
ARMSTRONG TEASDALE LLP
770 Forsyth Blvd., Suite 1800             rbrophy@atllp.com
St. Louis, MO 63105